IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ELOISE MARSHALL, | § | |
|     **Plaintiff,** | § | |
| | § | |
| v. | § | 3:13-CV-1791-K |
| | § | |
| GREYHOUND CORP., et al., | § | |
|     **Defendants.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for want of prosecution. *See* FED. R. CIV. P. 41(b).

SO ORDERED.

Signed August 15th, 2013.

*Ed Kinkeade*

ED KINKEADE
UNITED STATES DISTRICT JUDGE